UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14CR00089 SNLJ/ACL |
| SONJAY JOSEPH FONN, D.O., DEBORAH SEEGER, DS MEDICAL, L.L.C., AND MIDWEST NEUROSURGEONS, L.L.C., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Dorothy L. McMurtry, Assistant United States Attorney for said District, and moves the Court to dismiss, without prejudice, the pending Indictment, No. 1:14CR00089 SNLJ/ACL, as to all defendants.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 /s/ Dorothy L. McMurtry
DOROTHY L. McMURTRY, # 37727MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                      */s/ Dorothy L. McMurtry*
                                      DOROTHY L. McMURTRY, # 37727MO
                                      Assistant United States Attorney